IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **COMMERCIAL CREDIT GROUP INC.** | § | |
|     Plaintiff | § | Civil Action No. 7:22-cv-83 |
| | § | |
| vs. | § | |
| | § | |
| **ZAID CARRIERS LLC** | § | |
|     Defendant | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW Plaintiff, Commercial Credit Group Inc., and alleges as follows:

### A. PARTIES

1. Plaintiff, Commercial Credit Group Inc. ("Plaintiff"), is a Delaware corporation with its principal offices located in Charlotte, North Carolina which at all times material hereto was authorized to do business in the State of Texas. Plaintiff has standing and capacity to file this suit.

2. Defendant, Zaid Carriers LLC, is a manager-managed Texas limited liability company with its principal offices located in Palmview, Texas. Zaid Carriers LLC may be served with process by serving its registered agent, Rogelio Diaz Jr. or its Manager, Maribel Diaz, at 1405 Encantado Circle, Mission, TX 78572. Defendant is being sued in its correct capacity.

### C. JURISDICTION & VENUE

3. The Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a). The value of the property in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff, a Delaware corporation, has its principal place of business in North Carolina. Zaid Carriers, a Texas limited liability company, has its principal place of business in Texas.

4. Venue is properly before this Court under 28 USC § 1391(a)(1)-(2) because Zaid Carriers LLC is a resident of Hidalgo County, Texas, a substantial part of the property that is the

subject of the suit is located in Hidalgo County, Texas, and a substantial part of the events giving rise to this claim occurred in Hidalgo County, Texas

### D. Facts

5. Prior to the date of this suit, Zaid Carriers LLC entered into several Negotiable Promissory Note and Security Agreements with Plaintiff, including those dated August 2, 2017, January 24, 2018, July 23, 2018 and September 6, 2018, respectively (collectively, the "Agreements"). *See* Exhibits A, B, C and D, each incorporated herein by reference.

6. Under the terms of the Agreements, Plaintiff financed Zaid Carriers LLC's purchase of certain commercial vehicles and trailers, more specifically described by the Agreements. *Id.*

7. As consideration Zaid Carriers LLC promised to make payments as described by the Agreements and granted Plaintiff security interests in the vehicles and trailers as well as a blanket lien in all assets. *Id.*

8. The Agreements have since gone into default for nonpayment. *See* Exhibit F, incorporated herein by reference.

9. Despite demand, Zaid Carriers LLC has failed to make the payments and has failed to surrender all of the vehicles and trailers to Plaintiff. *Id.*

10. The units that remain unrecovered by Plaintiff (the "Outstanding Equipment"), are detailed in the Equipment Summary, attached hereto and incorporated herein by reference as Exhibit E.

11. Plaintiff perfected its lien on the Outstanding Equipment by having its liens noted on the certificates of title attached hereto and incorporated herein by reference as Composite Exhibit G.

### CAUSE OF ACTION: POSSESSION OF EQUIPMENT

12. Plaintiff incorporates by reference all preceding paragraphs.

13. Upon default of the Agreements, Plaintiff is permitted to take possession of the Outstanding Equipment. Plaintiff asks the Court to issue an order that forecloses its security interests in the Outstanding Equipment and requires Zaid Carriers LLC or any other person in possession of any portion of the Outstanding Equipment to surrender the Outstanding Equipment to Plaintiff and permit Plaintiff access to pick up the Outstanding Equipment. Plaintiff seeks to recover its reasonable attorney's fees because its claim concerns possession of a motor vehicle.

## PRAYER

14. WHEREFORE, Plaintiff asks that the Court issue citation for Zaid Carriers LLC to appear and answer, and upon trial that Plaintiff be awarded a judgment against Zaid Carriers LLC for the following:

   a. Court costs.
   b. Attorney fees.
   c. Possession of the Outstanding Equipment.
   d. All other relief to which Plaintiff is entitled.

Dated this March 15, 2022.

Respectfully submitted,

By: /s/ Jared A. Rougeau
Jared A. Rougeau, Attorney-In-Charge
TX State Bar No. 24093076
Southern District of Texas Bar No. 2961730
jar@replevin.com
WRIGHT LAW GROUP, PLLC
12333 Sowden Rd, Ste. B, PMB #84356
Houston, TX 77080-2059
(713) 936 – 9574 (Tel)
(713) 936 – 9574 (Fax)
COUNSEL FOR PLAINTIFF