United States District Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC.<br>Plaintiff<br><br>vs.<br><br>ZAID CARRIERS LLC<br>Defendant | Civil Action No. 7:22-cv-00083 |

### FINAL DEFAULT JUDGMENT

On this date the Court considered Plaintiff's Motion for Default Judgment. Plaintiff, Commercial Credit Group Inc., moved for default judgment after Defendant Zaid Carriers LLC failed to file an answer in this case. Defendant, having been duly served with summons and a copy of Plaintiff's Original Complaint, did not appear and answer. The Court determined it had jurisdiction over the subject matter. After considering the pleadings, the papers on file in this case, and the evidence presented by Plaintiff, the Court grants Plaintiff's motion for default judgment. Monetary liability on the underlying contract was not at issue in this case, nor is it relevant to this judgment.

The Court hereby renders judgment for Plaintiff Commercial Credit Group Inc.

1. Accordingly, the Court ORDERS that Commercial Credit Group Inc.'s security interest the following personal property (the "Equipment") is hereby foreclosed and Commercial Credit Group Inc. is entitled to immediate possession of same:

- 2010 Utility 53" Refrigerated Trailer with a Carrier Refrigeration Unit;
- 2018 Utility VS2RA 53" refrigerated Trailer with a Carrier X7300 Refrigeration Unit;
- 2019 Kenworth T680 Cummins XI5 450hp Engine, Fuller 15810S-EC3 speed transmission, Meritor 13.2K#FA, Meritor 40K#RA, 76" Raised Roof Sleeper;
- 2013 Peterbilt 389 Sleeper Tractor 70" Ultra Sleeper with a Cummins 500hp Engine, 18 speed transmission and all aluminum wheels; and
- 2011 Utility Refrigerated Trailer 53"x102" Refrigerated Trailer with a thermos King SB310 Refrigeration Unit.

2.  The Court further ORDERS that Defendant Zaid Carriers LLC or any other person in possession of any portion of the Equipment surrender possession of the Equipment to Commercial Credit Group Inc. or permit representatives Commercial Credit Group Inc. access for the purpose of taking possession of the Equipment.

3.  The Court further ORDERS that this judgment shall not constitute an election of remedies or res judicata with respect to any monetary claims related to the finance documents through which the Equipment was financed. It is rendered solely to resolve the issue of the right to possession of the Equipment. Commercial Credit Group Inc. shall be entitled to seek damages pursuant to the finance documents sued upon for breach of contract or any deficiency remaining should it take possession of some or all of the Equipment.

4.  The Court further ORDERS that Commercial Credit Group Inc. shall have no further liability on the $20,000.00 cash bond in this case and is entitled to be returned such amount.

5.  The Court further ORDERS that the Clerk of the Court shall issue payment, from the Court's registry, to Commercial Credit Group Inc. in the amount of $20,000.00 plus any interest..

6.  This judgment finally disposes of all remaining parties and causes of action, and is appealable.

SIGNED this 12th day of April, 2023.

*Ricardo H. Hinojosa*
Ricardo H. Hinojosa
U.S. District Judge

